**STELLA RAFIEI, Attorney at Law - CA SBN 175358**
**LAW OFFICES OF STELLA RAFIEI**
1875 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 551-2006
Email: stellarafiei@att.net

Attorney for Plaintiffs, NOUSHIN LAALY and KOUROSH LAALY

**ERIN S. KUBOTA (State Bar No. 228371)**
esk@severson.com
**AN LE (State Bar No. 260817)**
al@severson.com
**SEVERSON & WERSON**
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone (949) 442-7110

Attorneys for Defendant, BANK OF AMERICA, N.A. (Erroneously sued as Bank of America Corporation)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| NOUSHIN LAALY, an individual, and KOUROSH LAALY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA CORPORATION, a corporation; BANK OF AMERICA, NATIONAL ASSOCIATION, a National Banking Association; and DOES 1 to 100, inclusive; <br><br> Defendants. | CASE NUMBER: <br> 2:16-CV-09369-CAS (PJWx) <br><br> **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** <br><br> Honorable Christine S. Snyder |

| | | |
|---|---|---|
| 1 | | WHEREAS on November 2, 2016, Plaintiffs, NOUSHIN LAALY and KOUROSH |

WHEREAS on November 2, 2016, Plaintiffs, NOUSHIN LAALY and KOUROSH LAALY (collectively, "Plaintiffs") filed a Complaint in the Superior Court of California, County of Los Angeles, Case Number BC639397, against Defendants BANK OF AMERICA, NATIONAL ASSOCIATION, a National Banking Association, and BANK OF AMERICA CORPORATION, a corporation (collectively, "Defendants"), for Breach of Contract, Conversion, Negligence, Gross Negligence, and Negligent Infliction of Emotional Distress. On December 19, 2017, the Complaint was removed from the California Superior Court to this Court.

WHEREAS, Plaintiffs and Defendants have amicably settled this matter.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their counsel, to dismiss the entire above-captioned action with prejudice, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and expenses, including attorney fees.

IT IS SO STIPULATED.

Date: September 12, 2017  LAW OFFICE OF STELLA RAFIEI


 */s/ Stella Rafiei*
STELLA RAFIEI, Attorney for PLAINTIFFS,
Noushin Laaly and Kourosh Laaly

Date: August 28, 2017  SEVERSON & WERSON


/s/ Erin S. Kubota
ERIN S. KUBOTA, Attorney for DEFENDANTS,
Bank of America, N.A.

1 | The Court having considered the stipulation of the parties, and good cause appearing
2 | therefore, orders as follows:
3 |     1. The entire action is dismissed with prejudice pursuant to Federal Rules of Civil
4 |         Procedure Rule 41(a)(1)(A)(ii).
5 |     2. Each party shall bear its own costs and expenses, including attorney fees.
6 | IT IS SO ORDERED.

Date: September 19, 2017

*Christina A. Snyder*

Honorable Christina A. Snyder